**Edd DECOURSEY et al., Appellants,**

v.

**ASHLAND OIL AND REFINING CO., et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Cordell H. Martin, Hindman, for appellants.

William J. Baird, III, Baird & Baird, Pikeville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

**James NALLEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Hensley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

---

**Alberta WILKERSON and Bobby Wilkerson, Appellants,**

v.

**Hazel McDANIEL, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Harold K. Huddleston, Huddleston, Van Zant & Coyle, Elizabethtown, for appellants.

James M. Collier, Collier, Arnett, Coleman & Cooper, Elizabethtown, for appellee.

Memorandum Opinion of the Court by Special Commissioner, RAYMOND C. STEPHENSON, Affirming.*

---

**Stanley A. MOORE, Appellant,**

v.

**James Thomas VANCE, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

J. Walter Clements, James M. Clements, William A. Miller, Hubert Hevey, Louisville, for appellant.

Allen Schmitt, Schmitt & Sandmann, James G. Bowman, Davis M. Howerton, Jr., Hogan, Taylor, Denzer & Bennett, Frank E. Haddad, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

* Opinion ordered not to be published.